Case 1:21-mj-02699-AOR   Document 3   Entered on FLSD Docket FILED BY CG D.C.

Apr 8, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI, FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __1:21-mj-02699-AOR__

IN RE: SEALED COMPAINT

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    __ Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    __ Yes  _X_ No

4. Did this matter originate from a matter pending in the Southern Region of the United States Attorney's Office prior to November 23, 2020 (Judge Aileen M. Cannon)?  __ Yes  _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:  *Abbie D. Waxman*
Abbie D. Waxman
Assistant United States Attorney
Southern District of Florida
Florida Bar No.: 109315
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9240
E-mail: Abbie.Waxma@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
|  | ) Case No. 1:21-mj-02699-AOR |
|  | ) |
| Niviane Petit Phelps | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2/13/2021-2/18/2021__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | Threats Against the Vice President |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

__Special Agent Lucas A. White, USSS__
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: __4/8/21__

_____
*Judge's signature*

City and state: __Miami, Florida__       __Honorable Alicia M. Otazo Reyes, U.S. Magistrate Judge__
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lucas A. White, being duly sworn, do hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2. I am a Special Agent with the United States Secret Service and have been so employed since October 2017. I am currently assigned to the Miami Field Office – Protective Intelligence Squad. I have been assigned to assist the Broward County Sheriff's Office (BSO) Threat Management Division. Some of my duties include, but are not limited to, investigating threats towards the President and Vice President of the United States. Prior to my current assignment, I was a police officer with the Gulfport Police Department in Mississippi for five years. Prior to my law enforcement experience with the Gulfport Police Department, I was a police officer with the New Orleans Police Department in Louisiana for four years.

3. The information set forth in this Affidavit is provided in support of the attached criminal complaint charging NIVIANE PETIT PHELPS ("PHELPS") with threats against the Vice President of the United States, in violation of Title 18, United States Code, Section 871.

4. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this Affidavit every fact known to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts necessary to establish probable cause for the proposed complaint.

## PROBABLE CAUSE

5. On or about March 3, 2021, at approximately 11:38 a.m., Special Agent David Ballenger, U.S. Secret Service, Miami Field Office, Protective Intelligence Squad, was notified by Inspector Chester Potter, Law Enforcement Inspector Supervisor, Florida Office of Inspector General, of a threat to kill Vice President Kamala Harris. Specifically, the threats were sent by PHELPS to her incarcerated spouse via "JPay." PHELPS' spouse is incarcerated at Wakulla Correctional Institution located in Crawfordville, Florida. JPay is a computer application that allows for the sharing of media between non-incarcerated individuals and incarcerated individuals. Inspector Potter provided me with five (5) videos, each of which was thirty seconds in length.[1] Inspector Potter also provided me with two (2) photographs that PHELPS had sent to her spouse via JPay. I later obtained additional videos and photographs from JPay that PHELPS had sent to her spouse.

6. I reviewed the aforementioned videos and photographs. The videos (that are of relevance to this investigation)[2] generally depict PHELPS complaining and speaking angrily to the camera about her hatred for President Joe Biden and Vice President Kamala Harris, among others.

7. However, in these videos, PHELPS also made statements about killing Vice President Harris. For example, in a video dated February 13, 2021 (Video ID 16889262_20210213_220330), PHELPS stated: "Kamala Harris you are going to die. Your days are numbered already. Someone paid me $53,000 just to fuck you up and I'm gonna take the, I'm gonna do the job, okay." In a video dated February 14, 2021 (Video ID

---

[1] I later learned that users of the JPay application are limited to sending videos which are thirty seconds in length.

[2] Some of the videos I received depict benign, random acts, such as dancing and recording movies on the television.

2

16889262_20210214_114381), PHELPS stated: "If I see you in the street, I'm gonna kill your ass Kamala Harris." In another video, also dated February 14, 2021 (Video ID 16889262_20210214_125994), PHELPS stated: "I'm going to the gun range, just for your ass, until you fuckin' leave the chair." And in a video dated February 18, 2021 (Video ID 16889262_20210218_184167), PHELPS stated: "And fuckin' Kamala Harris, I swear to God, today is your day you're gonna die. 50 days from today, mark this day down, stupid bitch, Kamala fuckin' Harris vice president. You gonna fuckin' die 50 days from today, I swear to fuckin' God! Your day is… (cut off)"

8. As to the two photographs I initially received, one depicts PHELPS at a shooting range. PHELPS is holding a pistol next to a target containing bullet holes, and she is smiling. The photograph is dated February 20, 2021. As indicated above, PHELPS had stated in a video dated six days prior that she was going to a "gun range." And I subsequently learned that on February 22, 2021, PHELPS applied for a concealed weapons permit.

9. The second photograph shows an unidentified juvenile male, later determined to be PHELPS' son, holding a pistol and a target.

10. On March 3, 2021, Special Agent Ballenger and I, accompanied by detectives from the Miami-Dade Police Department, went to PHELPS' residence in Miami Gardens to attempt an interview. I made contact with PHELPS and was invited inside. Before entering the residence, PHELPS was asked if she had any "guns or weapons" inside, to which she replied "No, but I'm going to get a gun." Upon contact with PHELPS, we positively identified her as the individual from the videos and photographs listed above. We were also able to determine that some of the above referenced videos were filmed in PHELPS' residence. I read PHELPS her *Miranda* rights, but she refused to speak with us at that time.

11. Two days later, I received a call from PHELPS, who complained that her employer had put her on administrative leave. During our conversation, I asked her if she now wanted to speak with me, and she stated that she did.

12. On March 6, 2021, I went back to PHELPS' home to interview her. I asked PHELPS about her use of JPay and if she believed others would see her communications. She indicated that she did. She also stated that she used JPay to "let the justice system know what's going on." PHELPS stated that she had an idea that the Warden (of her spouse's facility) would see her communications, but that she thought to herself, "I don't care, here goes nothing." During the interview, I explained to PHELPS that I was a Special Agent with the Secret Service and I was there to speak with her about some videos. I asked if she knew which videos I was talking about. She stated that she did.

13. PHELPS started by saying that she was angry at the time about Kamala Harris becoming Vice President, but that she is "over it now." PHELPS expressed how she believes Kamala Harris is not actually "black" and how during inauguration Kamala Harris disrespectfully put her hand on her clutch purse instead of the bible. PHELPS continued saying that somebody told her that America is going to choose who they choose, so PHELPS had to put her rage about the Vice President aside. PHELPS stated that she is now "past it." But when I asked PHELPS what would have happened if I had not come to her house a couple nights ago, she stated: "I don't know, I don't know."

14. I then confronted PHELPS with her statements in the videos about wanting to kill the Vice President, and I asked if she wanted to watch the videos. PHELPS quickly said that she did not. Her mother, who was in the room, asked to see them, and PHELPS told her mother she did not want her to and to see them. I continued asking PHELPS about the contents of some of the

4

videos and the photograph I had originally seen. She emphasized how she got "a lot of anger out at the gun range." PHELPS stated that she actually kept the target from the gun range because she "likes to look at it." When asked why she went to the gun range, PHELPS stated that it was because of the neighborhood where she lives. When I confronted her about her stating in the video that she went to the gun range for Kamala Harris, PHELPS replied that she just does not like her. The interview concluded with me asking PHELPS if she had any plans to travel to Washington D.C., and she stated she did not. However, PHELPS' daughter, who was in the room during the interview, stated: "Didn't we say we were going?" PHELPS immediately responded to her: "No, we're not going."

## CONCLUSION

15. Based on the above information, I respectfully submit that there is probable cause to believe that from February 13, 2021, through February 18, 2021, in Miami Dade County, in the Southern District of Florida, NIVIANE PETIT PHELPS knowingly and willfully made threats to kill and inflict bodily harm upon the Vice President of the United States, in violation of Title 18, United States Code, Section 871.

FURTHER AFFIANT SAYETH NAUGHT.

Lucas A. White, Special Agent
United States Secret Service

Sworn to and subscribed before me via Face Time
Telephonically this __8th__ day of April, 2021 in
Miami, Florida.

ALICIA M. OTAZO REYES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

5