# MINUTE ORDER

Page 1

~~Magistrate Judge Alicia M. Otazo-Reyes~~

Atkins Building Courthouse - 10th Floor     Date: 4/9/2021    Time: 2:00 p.m.

Defendant: NIVIANE PETIT PHELPS   J#: 38956-509   Case #: 21-2699-MJ-OTAZO-REYES (SEALED)

AUSA: Abbie Waxman   Attorney: AFPD - D'Arsey Houlihan

Violation: THREATS AGAINST THE VICE PRESIDENT   Surr/Arrest Date: 4/9/21   YOB: 1982

Proceeding: Initial Appearance   CJA Appt:

Bond/PTD Held: ☐ Yes ☒ No   Recommended Bond: PTD

Bond Set at: Temporary PTD   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

Disposition:
- Brady Warning
- VTC Consent
- Rights
- Sworn
- Indigent
- AFPD appt
- Case unsealed

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing: 4/14   10:00 a.m.   Duty   Miami
Prelim/Arraign or Removal: 4/23
Status Conference RE:
D.A.R. 14:01:13   Time in Court: 9 min

s/Alicia M. Otazo-Reyes
Magistrate Judge