# COURT MINUTES

Page 9

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor  Date: 4/14/21  Time: 10:00 a.m.

Defendant: Niviane Petit Phelps  J#: 38956-509  Case #: 21-2699-MJ-OTAZO-REYES

AUSA: Abbie Waxman  Attorney: ~~AFPD~~ Scott Saul (Perm)

Violation: THREATS AGAINST THE VICE PRESIDENT

Proceeding: PTD  CJA Appt:

Bond/PTD Held: ☐ Yes  ☒ No  Recommended Bond: PTD

Bond Set at:  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Brady Warning already given; Prel/arr 4/23
- Scott Saul filed perm appearance
- AFPD withdrawal granted
- Def consents to VTC
- reset 4/15/2021 @ 10 AM

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:

Report RE Counsel:

PTD/Bond Hearing: 4/15/2021 @ 10 AM  DUTY MIA

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:49:29 / 11:08:53  Time in Court: 10 mins