# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 4/15/21    Time: 10:00 a.m.

Defendant: Niviane Petit Phelps    J#: 38956-506   Case #: 21-2699-MJ-OTAZO-REYES
AUSA: Abbie Waxman      Attorney: Scott Saul
Violation: THREATS AGAINST THE VICE PRESIDENT
Proceeding: PTD      CJA Appt:
Bond/PTD Held: ☒ Yes ☐ No    Recommended Bond: PTD
Bond Set at:      Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
Brady Warning already given/Prel/Arr 4/23

Defendant consented to appear via video

*Pretrial Detention hearing held based on risk/flight; S/A Lucas White, USSS sworn & testified*

*The Court orders Defendant detained based on danger to the community*

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:00:29      Time in Court: 30 mins